UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Robert Joseph Rabon | ) | CASE NO. 22-11862 |
| | ) | |
| | ) | CHIEF JUDGE JERRY OLDHSUE |
| DEBTOR(S). | ) | |

**ORDER ON MOTION DETERMINE POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES PURSUANT TO RULE 3002.1(E)**

This matter coming before the court April 5, 2023 on a Motion to Determine Mortgage Fees and Expenses PURSUANT TO RULE 3002.1(E) (DOC 28), and this Court being informed of the agreement of the parties hereto, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

The Movant will file an Amended Notice of Postpetition Mortgage Fees, Expenses and Charges, for Attorney Fees (Proof of Claim, 410A, and Plan Review) reducing these fees to the amount of $450.00.

Dated: April 10, 2023

JERRY OLDSHUE
CHIEF U.S. BANKRUPTCY JUDGE

This Order was submitted to the Debtor's attorney to review prior to submission to the Court

This document was prepared by:
Hugh Smith, ASB 3408G20C
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: hsmith@mtglaw.com
Attorneys for Creditor

CONSENTED TO BY:

/s/ Alex Johnson
Alex Johnson
1252 Dauphin St
Mobile, AL 36604
Attorney for Debtor

 REVIEWED BY THE CHAPTER 13 TRUSTEES OFFICE PRIOR TO FILING

PARTIES TO RECEIVE COPIES:

Robert Joseph Rabon
aka Robert J Rabon
aka Robert Rabon
aka Bobby Roban
53380 Rabun Rd
Bay Minette, AL 36507

Stephen L. Klimjack
1252 Dauphin St
Mobile, AL 36604
pleadings@klimjack.com

Christopher Conte
Chapter 13 Trustee's Office
P. O. Box 1884
Mobile, AL 36633

2