| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Robert Joseph Rabon |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Alabama (State) |
| Case number | 22-11862 |

Official Form 410S2

# Amended Notice of Postpetition Mortgage Fees, Expenses and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

| **Name of creditor:** | U.S. Bank Trust National Association as trustee for Tiki Series V Trust | **Court claim no.** (if known): | 2-1 |
|---|---|---|---|

**Last four digits** of any number you use to identify the debtor's account:  2516

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees-Plan Review | 10/14/2022 | (3) | $ 225.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees, 410A | 11/21/2022 | (5) | $ 225.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses, and Charges   Page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Robert Joseph Rabon | Case Number (if known) | 22-11862 |
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Hugh Andrew Smith___                Date  04/20/2023
Signature

Print:   Hugh Andrew Smith         Bar# ABN 3408G20C        Title    Attorney
         First name  Middle Name  Last name

Company   MCMICHAEL TAYLOR GRAY, LLC

Address   3550 Engineering Drive, Suite 260
          Number             Street

          Peachtree Corners, GA 30092
          City          State      Zip Code

Contact phone   404-474-7149        Email:   hsmith@mtglaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Robert Joseph Rabon
53380 Rabun Rd
Bay Minette, AL 36507

**Via CM/ECF electronic service:**
Stephen L. Klimjack
1252 Dauphin St
Mobile, AL 36604

Christopher Conte
Chapter 13 Trustee's Office
P. O. Box 1884
Mobile, AL 36633

Dated: April 20, 2023

                                              Respectfully submitted,
                                              By: /s/ Hugh Andrew Smith
                                              Hugh Andrew Smith, ABN 3408G20C
                                              MCMICHAEL TAYLOR GRAY, LLC
                                              Attorney for Creditor
                                              3550 Engineering Drive, Suite 260
                                              Peachtree Corners, GA 30092
                                              Telephone: 404-474-7149
                                              Facsimile: 404-745-8121
                                              E-mail: hsmith@mtglaw.com
                                              MTG File No.: 22-002771-03